

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| ALTON ADAMS, § | |
|     Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 0:21-01111-MGL |
| § | |
| TERRIE WALLACE, THOMAS § | |
| COMMANDER, CPT GOODWIN, KEVIN § | |
| BURNHAM, SGT GRIFFIN, MS. HOWELL, § | |
| MS. ALLAN, KEVIN FORD, WILLIE D. § | |
| DAVIS, BRYAN STERLING, TONYA § | |
| JAMES, STACY RICHARDSON, JEANINE § | |
| PRICE, § | |
|     Defendants. § | |

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

Plaintiff Alton Adams (Adams), a self-represented litigant, filed this civil action against the above-named Defendants. By order issued June 2, 2021, Adams was provided an opportunity to amend his complaint to cure the deficiencies identified by the Court that subject the case to summary dismissal pursuant to 28 U.S.C. § 1915. (ECF No. 12.) Adams was warned that failure to file an amended pleading would result in summary dismissal of this case. Adams failed to respond to the Order, even after he was granted an extension of time to comply with it (ECF No. 16), and the time for response has lapsed. Adams has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

Signed this 29th day of July 2021, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.